# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

Michael Anthony Acosta

_____
Write the full name of each plaintiff.

_____CV_____
(Include case number if one has been assigned)

-against-

Steven M. Ross, David Katz,
Lauren Geer, Melissa Singer,
Nicholas ~~Concocine~~ Concocine, Yvone Higden, Related Management co. and Partners of RMC
Write the full name of each defendant. The names listed above must be identical to those contained in Section I.

Southeast towers  58 Fulton st.
middletown NY 10943

Do you want a jury trial?
☐ Yes   ☐ No

# EMPLOYMENT DISCRIMINATION COMPLAINT

---

### NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

---



RECEIVED
NOV 22 2023
PRO SE OFFICE

## I.    PARTIES

### A.   Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

Michael          A          Acosta
First Name          Middle Initial          Last Name

240 Browns Rd
Street Address

Orange County   Westtown   NY          10998
County, City          State          Zip Code

845-978-8874          manthonyacosta@yahoo.com
Telephone Number          Email Address (if available)

### B.   Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. (Proper defendants under employment discrimination statutes are usually employers, labor organizations, or employment agencies.) Attach additional pages if needed.

Defendant 1:     Stephen M Ross      Related Companies
Name

30 Hudson Yards   #72
Address where defendant may be served

NY NY          10001
County, City          State          Zip Code

Defendant 2:     David Katz   (esq.)
Name

30 Hudson Yards #72
Address where defendant may be served

NY          NY          10001
County, City          State          Zip Code

Defendant 3:

_Lauren Geer_
Name

_Related Companies  30 Hudson yards #_
Address where defendant may be served

_NY, NY_          _10001_
County, City          State          Zip Code

## II.  PLACE OF EMPLOYMENT

The address at which I was employed or sought employment by the defendant(s) is:

_Related management_          _Jobsite: Southeast Towers_
Name

_60 Columbus cir._          _55 fulton st._
Address

_NY NY_          _orange co. Middletown NY 10940_
County, City          State          Zip Code

## III.  CAUSE OF ACTION

### A.  Federal Claims

This employment discrimination lawsuit is brought under (check only the options below that apply in your case):

☐   **Title VII of the Civil Rights Act of 1964**, 42 U.S.C. §§ 2000e to 2000e-17, for employment discrimination on the basis of race, color, religion, sex, or national origin

The defendant discriminated against me because of my (check only those that apply and explain):

☐   race:   _____

☐   color:   _____

☐   religion:   _____

☐   sex:   _____

☐   national origin:   _____

EEOC Rebuttal to RMC

Employer leadership violated Title I of the Americans with Disabilities Act of 1990 (the "ADA")(1) requires an employer(2) to provide reasonable accommodation to qualified individuals with disabilities who are employees or applicants for employment, unless to do so would cause undue hardship. "In general, an accommodation is any change in the work environment or in the way things are customarily done that enables an individual with a disability to enjoy equal employment opportunities."

Employer Discrimination in trying create hardship to terminate or remove injured worker from job position and home as provided as portion of title salary.
Employer represented and treated employees injuries as a fraud. Employer Failed to properly report injury and denied reasonable accommodation which would allow injured employee the opportunity to concentrate on RTW.
Staff went as far as fabricating lies to fit their motives and harassment by threats and changing locks and throwing away personal property of injured employee and denied access of injured employee to retrieve his property.
I was falsely accused and detained at my door for over 30 minutes on may 13 th, 2022 at 10:00 am by Middletown Police Officer M. Ruppert badge. No. 1889, for suspected larceny whom claimed RMC said I broke in the shop and took my tools! That I told them the night before( which I never saw spoke to or communicated with)tha I want my tools and the next night the place got broken in and that âlâ was the only person with a key besides Yalitza!!! I turn my keys in orchestrated by Mr Katz Esq and Emily S. Schierhorst, Esq so Yalitza and I could text to arrange my coming to office to turn work keys in. Furthermore more at least a dozen employees have the keys to the shop that would include police fire and ambulance TallOaks site and overlook site all have keys for the shop.
RMC Staff also discriminated against injured employee by creating special circumstances which caused injured employee undue hardships. Yvone Higdon made it her sole responsibility to be there on 3 or 4 occasions instead or allowing site staff to perform job tasks as we normally do for any resident or employee. When I had to make special arrangements to have people from out of county and state come to help me get my property as I am Injured and canât do it my self and have no family or loved ones to help locally yet they had to adjust their schedule to Yvones rather than let Dwan the supt of overlook or Justin super of tall oaks or even Sheraton this would be normal procedure for anyone else but it was opportunity for Yvone to retaliate to try to provoke an incident. After two attempts when we finally got 2 Hr to get all my things when we got in the shop and everything was in piles and pushed over the staff even pulled the entire draws out from the desks and dumped them in a pile this included garbage company properly and my things so a dozen people had to stand by while I tried to pick through what was mine and not! Then when I said these two Mike and Leon should be fired for this she said itâs always like this Mike I said really the draws out in piles lock the company just bought at $65 each in piles she then started yelling âThis is My time I took to do you a favor to get your thingsâ I told her No itâs all the people that came here to help med time Yvone and itâs being wasted.
I did not get my things after two more attempts with Yvone and their Housing attorney where again my thing were this time Nov 14 th they put my thing out like an eviction would

EEOC Rebuttal to RMC

Employer leadership violated Title I of the Americans with Disabilities Act of 1990 (the "ADA")(1) requires an employer(2) to provide reasonable accommodation to qualified individuals with disabilities who are employees or applicants for employment, unless to do so would cause undue hardship. "In general, an accommodation is any change in the work environment or in the way things are customarily done that enables an individual with a disability to enjoy equal employment opportunities."

Employer Discrimination in trying create hardship to terminate or remove injured worker from job position and home as provided as portion of title salary.
Employer represented and treated employees injuries as a fraud. Employer Failed to properly report injury and denied reasonable accommodation which would allow injured employee the opportunity to concentrate on RTW.
Staff went as far as fabricating lies to fit their motives and harassment by threats and changing locks and throwing away personal property of injured employee and denied access of injured employee to retrieve his property.
I was falsely accused and detained at my door for over 30 minutes on may 13 th, 2022 at 10:00 am by Middletown Police Officer M. Ruppert badge. No. 1889, for suspected larceny whom claimed RMC said I broke in the shop and took my tools! That I told them the night before( which I never saw spoke to or communicated with)tha I want my tools and the next night the place got broken in and that âlâ was the only person with a key besides Yalitza!!! I turn my keys in orchestrated by Mr Katz Esq and Emily S. Schierhorst, Esq so Yalitza and I could text to arrange my coming to office to turn work keys in. Furthermore more at least a dozen employees have the keys to the shop that would include police fire and ambulance TallOaks site and overlook site all have keys for the shop.
RMC Staff also discriminated against injured employee by creating special circumstances which caused injured employee undue hardships. Yvone Higdon made it her sole responsibility to be there on 3 or 4 occasions instead or allowing site staff to perform job tasks as we normally do for any resident or employee. When I had to make special arrangements to have people from out of county and state come to help me get my property as I am Injured and canât do it my self and have no family or loved ones to help locally yet they had to adjust their schedule to Yvones rather than let Dwan the supt of overlook or Justin super of tall oaks or even Sheraton this would be normal procedure for anyone else but it was opportunity for Yvone to retaliate to try to provoke an incident. After two attempts when we finally got 2 Hr to get all my things when we got in the shop and everything was in piles and pushed over the staff even pulled the entire draws out from the desks and dumped them in a pile this included garbage company properly and my things so a dozen people had to stand by while I tried to pick through what was mine and not! Then when I said these two Mike and Leon should be fired for this she said itâs always like this Mike I said really the draws out in piles lock the company just bought at $65 each in piles she then started yelling âThis is My time I took to do you a favor to get your thingsâ I told her No itâs all the people that came here to help med time Yvone and itâs being wasted.
I did not get my things after two more attempts with Yvone and their Housing attorney where again my thing were this time Nov 14 th they put my thing out like an eviction would

could not come back 1 Yalitza said I needed to be 100% and everyone backed that up and refused to try to work out reasonable accommodations while working RTW and injuries. Staff going as far as false police reports false allegation reports to attorneys and investigators.

RMC still represents the lie that the apartment provided as part of salary to be a two bedroom when it was converted By on site past on site supervisor Mike?  at least 3 decades ago, to accommodate his family of 3 children. This can be verified by Neline Rivera who was a family member of him and also was previous PM before Christine Hargabus, Yvone Higdon and many others Whom also could verify this is in fact as stands a Three bedroom. Again the âRMCâ leadership twisting the facts and truth to benefit them. This lie and miss representation went as far as lying to officers of the court including 3 judges, as well as RMC Attorneys representing this and failed to not represent client who is knowingly violating rules of the court.

RMC treated my religious exemption differently from supervisor Christine Hargabus no making her fill out and file RMC religious exemption request form. When finally they made me fill out several before I had to get over the phone assistance. When approved they continued to harassment of threats of loss of job I did not take weekly PCR testing and refused to acknowledge three other type of tests approved by CDC. Discriminating when discarded 2 nd religious exemption submitted as to include PCR testing as a new religious exemption form was filed and worded with â no Covid shots or PCR testing. Discriminated Employee rights violating constitutional rights to religious beliefs and practices, exemption harassing and threatening loss of livelihood and home if I did not comply with their demands.

4 tests approved by CDC: Nasal swab, mouth throat swab, Spit(saliva) and Blood.

This would leave a reasonable person to believe there is some underhanded reason behind only excepting nasal swab PCR testing, such as pay for play, do to pre purchased stock piles of vaccinations and PCR test kits.

Not far fetch when one learns of the deep rooted ties Mr Ross has with politicians, medical facilities and leadership

Mr Ross also has ties to the legal field which makes it hard to get proper representation to argue against him and his team.

I guess out of sheer coincidence the Ny case handle was overloaded and it was randomly switched to Miami where he now has a building empire.

In fact itâs proven impossible for me to get representation even in Florida.

Mr Ross and his legal team was given opportunity to rectify all this but ignored my attempts to reach out and remain a loyal employee reporting liabilities these rouge leaders where putting RMC at risk of. Letting Mr Ross know his legal team and HR leaders were allowing such violations to take place with no sought relief to injured workers complaints to the vp of Hr when Malissa Singer joined in with Nicholas and Yvonneâs attempt of a force out. This is common practice with this leadership when they donât like someone especially if they were hired do to lack of eligible applicants once they find someone else they want to put in they force that person out or start a disciplinary crusade till they have grounds to terminate or that person quits on their own.

I was disciplined for abusing over time because I took to long on emergency on call repairs Nicholas said I was taking to long and not working the âRelated wayâ

Yet I am told when I hold my help to the related way standards and timelines I am told that I

canât expect other people to work as hard fast and well as I do that and ocd!

Yet they allowed Christopher Leon (Leon Leon) remain work when they knew he was a unfit hire but out of convince to lighten work load which resulted in bodily injuries on 9/24/2021 in the am.

Yalitza whom they made PM of Southeast Towers is the PM of TallOaks, Fri, Feb 25, 5:22 PM Yalitza texted to me it was ok to call the emergency online for the oncall staf Dwan to get access to get my property from the shop then lied to officer of the court Mr Katz who further represented Client after learning of this fabricated lie Mr Katz was told to tell Emily S. Schierhorst, Esquire my then attorney to tell me to stop calling the emergency on-call that âI was told not to call and I called over the weekendâ I sent Emily the text Yalitza sent instructing for me to call. This attempt fit their motive to create hardship to have grounds to defame injured worker.

There was another incident that site staff tried to seize as moment of opportunity when the building was burglarized, law Inforcer was told directly by RMC staff that injured worker was the person responsible and even went as far as tell the lie I spoke with them the previous night telling them I want my things and the following night the place was broken into and that I was the only other person besides Yalitza to possess a key even thought I turned my keys into Yalitza.

Staff purposefully left my name of roster when change main entrance key fob denying access not only to injured worker but any other resident that did not get the new key fob and came after staff was gone for the day.

New Super Mike Drilled out and change lock to unit storage on apt floor which would also violate laws against landlords changing locks with out eviction

Also throwing personal property out as if injured worker was evicted and when confronted Mike R said you had long enough to get you things! This action was allowed and approved by upper management whom supervise Mike and the site.

In fact Mikeâs wife is a regional vp now and has his child attend work and wait in office or shop which my self and many others were not permitted to do this.

It is obvious to any reasonable person that RMC was pushing the narrative the injured employee was faking injuries.

Cheryl Beaverson RMC housing attorney whom threatened injured employee when trying to get email information to communicate with to arrange getting property from locked areas that RMC had direct control over.

The letter that was sent from Cheryl Beverson stated I was terminated in Jan of 22. Another coincidence?

This has been the atmosphere of anyone tied to RMC that I was treated as a hostile terminated employee.

On at least three occasions Yvone Higdon told injured employee âyou made this hard on yourselfâ âthis could have went easierâ

And Laughing stated â micheal your not disabledâ âyou  did not meet the qualifications of reasonable accommodation cause I was not disabledâ

Being on workers comp 100% no work and on on short term disability I believe would actually make me eligible for a reasonable accommodation.

Yvone also mode several comments in these conversations of âOh Sued Me Michael!â RMC would not hire my girlfriend cause she could not work together with me being her supervisor. When I was injured I asked if they could now hire her and we could stay in the

apartment they rejected that as well as my offer to pay rent or move temporarily my self or new staff in one of the 4 vacant units we had at the time with no ready applicants.

Staff made no effort to help me other than telling me come back 100% or move out!

This is a person by person rule they have on âNo Light Dutyâ

John not sure last name was let go from TallOaks because Nicholas Concoran would not except his light duty.

Yet Jim Barns and I believe Adam two previous southeast towers porters were allowed to work with light duty.

Oddly enough When Injured worker was in conflict with Christine Hargabusâs injection of her friend Jim Barns as a porter another time where I had to stand by and hire an unfit helper. Christine Hargabus in a heated moment said â what if Jim quits what are you going to doâ I replied âwhat if I quit what are you going to doâ Her reply was I could replace you with my old supt from Main Street âMikeâ.

This Mike I later find out is Mike Rivera whom is now the superintendent whom replaced me and now the current superintendent

I aslo learned his wife works for related and is now Beacon Ny area district VP.

So I do not believe I as an injured worker was afforded a proper Religious exemption and was treaded unfairly as an injured worker and not given reasonable accommodation, just met with hostility leaving me in a very dark depressed state of manic and ocd flairs which make it hard to function and make life difficult for my self and family. Was constantly harassed to get vaccination and or PCR Testing weekly. Again I must reinstate that a secondary religious form was filled including the words No PCR Testing which was ignored.

It is impossible to get any attorney to help me as soon as they here Religious exemption Covid and Whom Iâm seeking to enter in court with( âRMCâ ).

Mr Katz RMC attorney should not have represented them after learning of Yalitzaâs lie that I was told not to call the on call line to get access to my property in the shop areas, and I sent my then attorney The text correspondence between self and Yalitza which in fact showed Yalitza texting telling me to call the emergency response line for the building on call.

Myself and others also had to work overtime to meet reasonable accommodation for residents to get property after hrs when they had no way to get them during business hrs.

When Jim Barns was left no keys were turned in to me most likely bypassed chain of command giving to Christine. I never saw his keys and I was denied having locks rekeyed as we normally do when staff leaves or is terminated.

Iâm an outsider to this area I moved here for the job from NJ where I was living at the time. Iâve witnessed they keeping of whom we know and like. I guess the opportunity came to get rid of me.

I as a rehabilitated person have confirmed to the laws of society only to find that society is tied together with lies manipulation and corruption, which stem from our leaders and law makers. I am sick to see such violations from the courts my faith in the system is destroyed but I will stand my ground and fight to seek Justice in ending the common practice of violations.

Lawyers and judges looking the other way ignoring burden of proof and gaslighting.

Making it impossible to fight for oneâs constitutional rights especially going against a giant like RMC and Mr Ross.

The push of this Covid vaccine and PCR test was just after the building of Hudson Yards in NYC and there is so many legal and political ties Mr Ross has I cannot get any representation to go against him, in fact even with the lies the attorney I did find only tried to reach settlement of 19k and dropped me as a client when I refused and offered to pay the new retainer to take further action as was agreed upon when hired. In fact that was the main reason my at the time attorney left Mr Borrelliâs firm.

The fact is there is clear evidence that this staff tried to get rid of an injured worked whom they deemed a problem not going along with the program and saw opportunity to do so, creating a hostile living environment and creating fabrications to try to show hardship to protect their actions and narrative.

Work duties were purposefully neglected from site staff to show hardship to get rid of injured employee. Snow removal was not done or improperly done and left for weeks melting and freezing to black ice which while having to avoid leaving or doing things in the day where we would be met with hostility or confrontation or provoked attempts to get negative reaction from me or household.

When called the on line to report black ice it was ignored when I went to the office to speak with Norma I believe her name is the office staff she said that âthere was no legal snow removal plan that the one that was put out by Christine Hargabus was not approved, which I know it was approved and redefined by Nicholas and or Yvone before Christine put it out.

The property standard as well as related and the town ordinance requires snow removal must be completed within 24 hrs after snow stop. I was held to standard of grass to grass snow removal all curbs any asphalt and or concrete to be cleared and salted.

To add insult to injury I was called on one of the storms to move my car and came out to find Leon Christopher (Leon Leon) moving car for residents which is not permitted.

Fair housing states if you do for one you must do for all unless they have a 504 approval. Staff was permitted to treat me and my household negatively and as if I was a hostile terminated ex employee instead of an injured employee.

Anytime I left Leon would pull in my spot and leave it there sometimes for a day or two. He stayed at friends houses and could see when my car was gone even if it was at 11 pm and went to the store I would come back and his car was there in my spot. Most of the time it was suspended reg and plates but was permitted to bring his vehicle on the property and leave it there when my self or others would not be permitted as past staff was verbally disciplined to get their vehicle legal or they canât bring it to the property in fact you needed a valid liscence and a vehicle which the current porter I do not believe has one as well as he was a temp they a temp service whom Christine or I would not hire due to his wondering off site and improper behavior and comments to residents. But yet now heâs working there! So much for safety and following rules and hiring fit personnel.

In fact on the first or second day Leon was working after forcibly being hire against my recommendations by Christine Hargabus and Yvone Higdon, he told me he was fire from his previous employer for stealing ppe.

Leon at every chance wondered to one of his friends houses while supposed to be working, but my reports of this to Christine and Yvone fell on def ears. We also found out as I had to take him and pay to get his car out of impound and that his license was suspended which was another lie on his interview which when Christine and Yvone learned of this did nothing.

could not even get help in the fixer upper apartment I was able to find through a friend of a client of my girlfriend which is on a farm and as is! Meaning anything that needs to be fixed I must have fixed but canât get an affordable contractor cause I was be basically shunned! If RMC granted my religious exemption request other than just on paper to look good they should not have harassed me about nasal swab PCR test when I object and told them that is still going against my religious beliefs.

If health and safety was a factor we would they should have followed protocol with snow removal and handling of my injuries and hiring fit employees not just out of convince to lessen their duties and paperwork with temp agencies and payroll, which is exactly why Yvone and Christine forced me to hire Leon  Christopher (Leon Leon) when I told them he was not a fit nor was the only other applicant we had that was local. I was told all the other applicants were from Manhattan and out of county which they would need to be close enough to respond within 30 mins to after hr emergency calls.  I suggested we stay working with the temp agency till we find a competent fit and was told I had to choose one of the two.

I asked Yvone âsince you always claim I hired the help if they donât work out who would you pick?â

She said âChristopher Leonâ

I sad ok then that who Iâll pick so you canât say I made the wrong chose cause Iâm going off who you think the best fit is although I think they both are not a fit!â

Again every time I reported Leonâs incompetence and intentional wrong doings and the liabilities that were at risk it was turn to itâs me and shrugged off. Yvone claimed he would be let go on his probationary review. Supposed to be 90 day or six moths probationary hire period.

Yet they claim heath and safety!

This liability caused my injuries and then I was treated as a liar and fraud.  Residents we telling me they were told I was fired cause I wouldnât get the vaccine. Residents who took the vaccine stopped saying hi or acknowledge me if I pass by or even wave or say hi.

I dedicated over a decade of blood sweat and tear for this company the hands and back that built this region to its height that Nicholas and Yvone get the credit for but in fact they are a very plotted pair as well as any in their circle. I believe they took it personally that it made them look bad that I would not comply with the vaccines and PCR nasal testing and so the crusade began when I got injured and with their actions reasonable believe they used this as a vantage point to get rid of a headache!

My headache is trying to get this in while trying to deal with my surgery and pt and upcoming surgeries.

While I am not enjoying the liberties and freedoms as an injured employee in fact Iâm stressed and in-debt beyond my capacity to overcome.

I am paying over 300 a month for storage of my things because I can only afford this small apartment with very restricted space although Iâm even luck to have it cause I would be back under the bridge if not. As was homeless just before getting hired at RMC which is why I was there best hardest most dedicated employee I remember where I came from and I donât want to go back in the streets. My mental health is crumbling with all this trying to just deal with my injuries turned into a nightmare. No attorney after hearing Covid and Religious exemption will give me the time of day although they tried to use my injuries as a fraud and created hardship and harassed an injured employee at the very least violating

☐ **42 U.S.C. § 1981**, for intentional employment discrimination on the basis of race

My race is: _____

☐ **Age Discrimination in Employment Act of 1967**, 29 U.S.C. §§ 621 to 634, for employment discrimination on the basis of age (40 or older)

I was born in the year: _____

☐ **Rehabilitation Act of 1973**, 29 U.S.C. §§ 701 to 796, for employment discrimination on the basis of a disability by an employer that constitutes a program or activity receiving federal financial assistance

My disability or perceived disability is: _____

☒ **Americans with Disabilities Act of 1990**, 42 U.S.C. §§ 12101 to 12213, for employment discrimination on the basis of a disability

My disability or perceived disability is: *unable to Perform hired and skilled Dutie*

☐ **Family and Medical Leave Act of 1993**, 29 U.S.C. §§ 2601 to 2654, for employment discrimination on the basis of leave for qualified medical or family reasons

**B. Other Claims**

In addition to my federal claims listed above, I assert claims under:

☒ **New York State Human Rights Law**, N.Y. Exec. Law §§ 290 to 297, for employment discrimination on the basis of age, race, creed, color, national origin, sexual orientation, military status, sex, disability, predisposing genetic characteristics, marital status

☐ **New York City Human Rights Law**, N.Y. City Admin. Code §§ 8-101 to 131, for employment discrimination on the basis of actual or perceived age, race, creed, color, national origin, gender, disability, marital status, partnership status, sexual orientation, alienage, citizenship status

☒ **Other** (may include other relevant federal, state, city, or county law):

*Used Employee Past and fears of Returning to homelessness Alcohal and Heroin addiction by holding Job and Apt as leverage for me to be compliant as they wished WhenIWould not I was Retaliated against Forcing to come Back No light Duty or move out As These individuals New of my Past and my Recovery*

Page 4

## IV.   STATEMENT OF CLAIM

### A.  Adverse Employment Action

The defendant or defendants in this case took the following adverse employment actions against me (check only those that apply):

☐   did not hire me

☐   terminated my employment

☐   did not promote me

☐   did not accommodate my disability

☒   provided me with terms and conditions of employment different from those of similar employees

☒   retaliated against me

☒   harassed me or created a hostile work environment

☐   other (specify):  _Miss classification of contractor worker_

### B.  Facts

State here the facts that support your claim. Attach additional pages if needed. You should explain what actions defendants took (or failed to take) *because of* your protected characteristic, such as your race, disability, age, or religion. Include times and locations, if possible. State whether defendants are continuing to commit these acts against you.

I became segragated + labled when not complying with mandates
and applying for Religous Exemption and was forced to hire Unfit helper
when helper pvas consistantly Unsubordanant Upper Management Yvone higdon
and Nicholas choncorine and former Property Manger failed to take
Proper action terminating helper which resulted in Mr. Acosta's (I)
Injury, After Mr. Acosta (I) did not Return and was placed on
Workers compensation Staff mngs Replacement Yalitz and Yvonne

As additional support for your claim, you may attach any charge of discrimination that you filed with the U.S. Equal Employment Opportunity Commission, the New York State Division of Human Rights, the New York City Commission on Human Rights, or any other government agency.

and staff tried to create hardship wich Resulted
in injury of others, detaliated fabricated lies and force
from work Based Apt wich was part of salery without Reasonable
alcomidation, which still Remains Vacant of suptas they claimbs

## V.  ADMINISTRATIVE PROCEDURES

For most claims under the federal employment discrimination statutes, before filing a lawsuit, you must first file a charge with the U.S. Equal Employment Opportunity Commission (EEOC) and receive a Notice of Right to Sue.

Did you file a charge of discrimination against the defendant(s) with the EEOC or any other government agency?

    ☒ Yes (Please attach a copy of the charge to this complaint.)

        When did you file your charge?    __8|5|22__

    ☐ No

Have you received a Notice of Right to Sue from the EEOC?

    ☒ Yes (Please attach a copy of the Notice of Right to Sue.)

        What is the date on the Notice?    __8|31|23__

        When did you receive the Notice?    __8|31|23__

    ☐ No

## VI.  RELIEF

The relief I want the court to order is (check only those that apply):

    ☐ direct the defendant to hire me

    ☐ direct the defendant to re-employ me

    ☐ direct the defendant to promote me

    ☐ direct the defendant to reasonably accommodate my religion

①  ☒ direct the defendant to reasonably accommodate my disability

②  ☒ direct the defendant to (specify) (if you believe you are entitled to money damages, explain that here)

— Stop Retaliation & hostility over my Workers Comp Claim, so that I can rehabilitate & ultimately Return to work full time.

— I need proper medical treatment so I can get back to work.

— Proper Housing, lost wages, Storage plus costs, chronic Stress & Depression of Dealing with Not getting help or aide from those entrusted to Protect Employee

Recover funds that Worker Compensator severs at cap

## VII.   PLAINTIFF'S CERTIFICATION

By signing below, I certify to the best of my knowledge, information, and belief that:
(1) the complaint is not being presented for an improper purpose (such as to harass,
cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are
supported by existing law or by a nonfrivolous argument to change existing law; (3) the
factual contentions have evidentiary support or, if specifically so identified, will likely
have evidentiary support after a reasonable opportunity for further investigation or
discovery; and (4) the complaint otherwise complies with the requirements of Federal
Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I
understand that my failure to keep a current address on file with the Clerk's Office may
result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to
proceed without prepayment of fees, each plaintiff must also submit an IFP application.

11/21/2023
Dated

Plaintiff's Signature

Michael                         A.                         Acosta
First Name                         Middle Initial                         Last Name

240 Browns Rd.
Street Address

Orange Co.            Westtown            NV                         10998
County, City                                     State                         Zip Code

(845) 978-8874                         manthonyacosta@yahoo.com
Telephone Number                         Email Address (if available)

I have read the attached Pro Se (Nonprisoner) Consent to Receive Documents Electronically:

☐ Yes      ☐ No

If you do consent to receive documents electronically, submit the completed form with your
complaint. If you do not consent, please do not attach the form.

Case Hadler transfered from Manhattan
to miami 2017

Note {
When RMC was Bulding Hudson Yard,
which Donated Millions if not Billions
to sway Denied Approvals —

General Atterny : latitia James
Ignored Complaints for two yrs
and No Judicial or investigation
into Agency Violations

Sen. Pat Mahoni
failed to investigate complaints
of Agency's violation

The System is statisicly Desinged
to Keep Complaints Unwarranted
By Gov. or agencies from getting into
Courts.
All agencies comply w/gov to Exist
and are protected from any suit of Complaint
they Do Not want to Be heard

Violation: By agencies
Case of David Katz  30 Hudson Yards #72
NY NY 10001

① Employer: RMC , Steve M Ross , att. ~~attk~~ Katz
HR. GReeRe , ~~bb~~ Reg. Nicholas Conchorin , ~~Dis~~ VP Yvonne
Higdon, HR. Malissa singer , PM, Yalitza
chistine Hargabus, Leon Leon , Mike Rivera surt
& /wife Dist. VP

Harrasment , Retaliation, Creating hostile
work enviorment., Discrimination.

② Workers Compansation Board
ATT. Zeggler, Walsh, Raimono, Pasternack
current  Goldstien
Insurers  Sompo  & Basset Gallager

Judges
No Checks & Balances
Violate Due Process
Protection of ~~kno~~ Rights Due
Interferance with Medical RTW
Seperation of Injury Reports / self serving
Classifies who can file complaints against
employer #
Right to file complaint
Bias Determinations violating fed. Rules of
evidence

DO J

No checks & Balances  No ~~entered~~ office
to file complaint Violating  Gov. Rules
of Accessability of WeB sites  to
the Public

Failed  to Protect under contrast of
law  Violating Civil Rights

Sets Seperate Standards of Protection
of Civil Rights and Violation Complaints
(union /Non union )

Equal Protection
Equal Employment ~~Rights~~ should not
apply more for Union than Non Union


EEOC
Violated Due Process
Un mangable Web site for Complaints  ignore
Individuals complaints

No Office for Public (Local)


Unfair transfer of case from NY To Miami
as where Mr Ross has his New up Coming
Projects Dual Resides



**CHERYL A. BEVERSON**
Attorney at Law
192 Tower Drive, Suite 200
Middletown, New York 10941

Telephone (845) 341 0008
Facsimile (845) 341 0068

Licensed to Practice
in New York State

July 28, 2022

Michael Acosta
55 Fulton Street, Apt.#1-A
Middletown, New York 10940

### NOTICE TO QUIT/ TERMINATION OF RIGHT TO OCCUPY

RE:        Southeast Towers Housing Corporation vs. Michael Acosta
Premises:  55 Fulton Street, Apt.#1-A, Middletown, New York 10940

Dear Michael Acosta:

Please be advised that I represent your landlord, Southeast Towers Housing Corporation, in regard to the above-captioned matter and by the signature below, I have the owner's authorization to handle this matter.

Please be advised that your employment ended with Related Management as of January 2022, and you occupy the above-described unit at Southeast Towers Housing Corporation incident to your former employment.

Note that you have previously been provided notice that incident to the Agreement dated April 24, 2015, you must vacate within thirty (30) days of cessation of employment with Related Management. You were provided notice to vacate by letter dated February 18, 2022. You have failed to vacate.

THEREFORE, this is formal notice that your right to occupy the above-described unit has ended and you must vacate within thirty days of the date you are served this notice or by September 30, 2022, whichever is sooner.

Please move out and remove all of your personal belongings within 30 days of the date you are served this notice or on or before September 30, 2022, whichever is sooner, or the landlord may commence summary proceedings (an eviction ) to remove you from the premises and recover the real property.

Also note your obligations to maintain the unit is good condition and keep the unit in a clean and sanitary condition.

Sincerely,

_____
Cheryl Beverson, as Agent for the landlord

_____
Southeast Towers Housing Corporation- Landlord
By: Yvonne Higdon, Regional Property Manager



2:32

Yalitza >

Good morning. Thanks for the update

3:41



Yalitza >

instantly with
everything

We will be sure to work out a time to allow you access into the maintenance area in order to get all items that are yours with no problem. You would have to keep the site staff (either Norma or myself) posted on the time so that we can to be available. I will be leaving the site at 5pm today and if you are not going to make it by then, I would have to suggest the return of the keys tomorrow morning around 10am.

  

     

2:31



< Yalitza >



Thu, Feb 17, 2:52 PM

I will be coming down in 5-10 mins. if you are available

if I'm down a line if you are available

Thu, Feb 24, 4:18 PM

Hey Yalitza I home going to be able to come Sunday to get my stuff from shop I hope to get as much as I can but may have to do what I can the next weekend hopefully or Sheraton or Justin I hope you can be able to be there thank you

  

   Pay   



(9141)67568810-1

## NOTICE OF WORKERS' COMPENSATION HEARING

Virtual Hearing ID: 24242567626

State of New York
WORKERS' COMPENSATION BOARD

| PLACE OF HEARING | Part | Date of Hearing | Time | Carrier ID No. |
|---|---|---|---|---|
| New Windsor, NY   12553 | 1 | 10/25/2023 | 11:30 AM  12 Min | W227508 |

| | | WCB Case No. | Date of Accident | Carrier Case No. |
|---|---|---|---|---|
| | | G3045110 | 09/24/2021 | 012353001995WC01 |

CLAIMANT
MICHAEL ACOSTA

MICHAEL ACOSTA
240 BROWNS RD
Westtown, NY  10998-2618

**CLAIMANT:** Bring this notice with you.  Read important information on reverse side.

**EMPLOYER**   SOUTHEAST TOWERS
WENDY RODRIGUEZ

**CARRIER**   Sompo America Insurance Co
fka Sompo Japan Ins Co

**COPIES TO**   MICHAEL ACOSTA
Ouimette, Goldstein & Andrews
Gallagher Bassett Services Inc
Pasternack, Tilker, Ziegler
HealthCare Subrogation Group

### Virtual Hearings



Today, all workers' compensation hearings are held remotely using virtual hearings. There are no in-person hearings at this time.  At least two days before your hearing, go to wcb.ny.gov/virtual-hearings to log in and test your computer or mobile device.  On the day of your hearing, follow these steps to attend.

Step 1 - 15 minutes before your hearing time, scan the QR code above or go to wcb.ny.gov/virtual-hearings and select "Attend your hearing."

Step 2 - Enter your information, including your Virtual Hearing ID. The Virtual Hearing ID for this hearing is 24242567626.

Step 3 - Select your role and answer any questions. Then, just wait for your hearing to begin.

If you can't atttend your hearing by video, call (844) 337-6301 as early as possible on the day of the hearing and select Option 3 to let the Board know you will attend by phone. Language services are available for all workers' compensation hearings. See the enclosed explanation on using language services.

### Purpose

Whether or not payments should be suspended or reduced.  It is necessary for you to provide the Board with the most recent and up-to-date medical report from your treating doctor. Failure to produce this report may result in the reduction or suspension of your benefits.  This hearing is scheduled per the request of a party of interest. Should the Workers' Compensation Law Judge determine that this request for a hearing has no reasonable grounds, the party who instituted the request for a hearing may be assessed the cost of such proceedings pursuant to WCL Section 114-a(3). The Workers' Compensation law Judge may also assess reasonable attorneys' fees against an attorney or licensed representative who has instituted such proceedings without reasonable grounds.

### Evidence to be Given

By Claimant:  Claimant to be present.

Dated: 10/06/2023

**THE BOARD EMPLOYS AND SERVES PEOPLE WITH DISABILITIES WITHOUT DISCRIMINATION AND ASSURES HEARING LOCATIONS ACCESSIBLE TO THE DISABLED. CONTACT THE NEAREST BOARD OFFICE IF YOU HAVE SPECIAL ACCESSIBILITY NEEDS.**

Page 1 of 2

C-16 (08/23)   3

AI8-1