UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Michael Anthony Acosta
Write the full name of each plaintiff or petitioner.

Case No. 1:23 CV 10292-KPF

-against-

Ross et al
Write the full name of each defendant or respondent.

NOTICE OF MOTION

Submit Evidence Public Record Name change for suit, speedy Relief

PLEASE TAKE NOTICE that **Plaintiff** (plaintiff or defendant) **Michael Anthony Acosta** (name of party who is making the motion) requests that the Court:

Public Record Name change, speedy Relief, submit electronic Device Evidence
Briefly describe what you want the court to do. You should also include the Federal Rule(s) of Civil Procedure or the statute under which you are making the motion, if you know.

In support of this motion, I submit the following documents (check all that apply):

☐ a memorandum of law

☐ my own declaration, affirmation, or affidavit

☐ the following additional documents:

7/15/24
Dated

Signature

Michael Anthony Acosta
Name

Prison Identification # (if incarcerated)

240 Browns Rd.    Westtown    NY    10998
Address                City         State  Zip Code

Telephone Number (if available)                E-mail Address (if available)

SDNY Rev: 5/24/2016

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

_____
Fill in above the full name of each plaintiff or petitioner.

Case No. _____ CV _____

-against-

_____

_____

_____

_____
Fill in above the full name of each defendant or respondent.

## DECLARATION

Plaintiff seek to use alternitive to his legal name for safty and protection of Retaliation, of self, family, loved ones, Speedy Relief

Briefly explain above the purpose of the declaration, for example, "in Opposition to Defendant's Motion for Summary Judgment."

I, Michael Anthony Acosta, declare under penalty of perjury that the following facts are true and correct:

In the space below, describe any facts that are relevant to the motion or that respond to a court order. You may also refer to and attach any relevant documents.

Plaintiff seeks speedy relief, via mediation or trial as will possibly Be homeless & Unreachable, as Plaintiff cannot maintain the freedoms guarenteed under state workers compansation agreement, to uphold the life created around his career to Defendants. and Would also seek use of "Plaintiff" or Plaintiff:Y of what Court sees fit.

Rev. 6/30/16

Plaintiff would like public records to keep his identity annonomus in fear of retaliation to him, family, or loved ones, as well as not jeperdize carreers of any of the above formention.

Plaintiff seeks speedy relief as his Residancy is about to expire by Sept. as his landlord will be moving by then, Plaintiff at this point cannot afford the Rents and move in fees, and does not meet qualifications of assistance as is told he makes to much.

Plaintiff is also suffering mental and physical strains waiting relief, Plaintiff is a person of the rehabilitation Act and is suffering and feels and believes Recidivism, is a tactic being played against him in hopes he falls victim to before being given Relief. In hind sight Mr. Acosta is being brought to his breaking point in order for Defendants to escape accountability and judgement against them.

Submit Police Body cam that shows employers fabricating lies against Plaintiff

Attach additional pages and documents if necessary.

7/15/2024
Executed on (date)

[Signature] Michael Anthony Acosta
Signature

Michael Anthony Acosta
Name

Prison Identification # (if incarcerated)

240 Browns Rd.        Westtown        NY        10998
Address               City            State     Zip Code

Telephone Number (if available)        E-mail Address (if available)

Page 2

ORIGIN ID:MPBA (786) 648-5836
ALICIA POWELL
EEOC MIAMI DISTRICT OFFICE
100 SE 2ND ST
STE 1500
MIAMI, FL 33131
UNITED STATES US

SHIP DATE: 07FEB24
ACTWGT: 0.50 LB
CAD: 107927029/INET4535

BILL SENDER

TO MICHAEL ACOSTA

240 BROWNS ROAD

WESTTOWN NY 10998
(845) 978-8874 REF:
INV:
PO: DEPT:

583J5/EC2B/9AE3

FedEx Express

J241024011001uv

FedEx
TRK# 0201 7751 0929 6503

FRI - 09 FEB AM
STANDARD OVERNIGHT

XE SWFA

10998
NY-US
SWF

3786129 08Feb2024 NPDA 581G5/EC2B/C0B8

RT 382 6 20:00 C
FZ
6503
02.09