UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL ANTHONY ACOSTA,

                Plaintiff,

        -v.-

STEVEN M. ROSS; DAVID KATZ; LAUREN GEER; and RELATED MANAGEMENT CO., L.P.,

                Defendants.

23 Civ. 10292 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

        The Court is in receipt of Plaintiff's July 15, 2024 letter requesting that "public records … keep his identity anonymous in fear of retaliation to him, [his] family, or [his] loved ones, as well as [to avoid] jeopardiz[ing] [the] careers of any of the above[.]"  (Dkt. #12).[1]

        Pursuant to Rule 10(a) of the Federal Rules of Civil Procedure, "[t]he title of [a] complaint must name all the parties."  Fed. R. Civ. P. 10(a).  "This requirement, though seemingly pedestrian, serves the vital purpose of facilitating public scrutiny of judicial proceedings and therefore cannot be set aside lightly."  *Sealed Plaintiff* v. *Sealed Defendant*, 537 F.3d 185, 188-89 (2d Cir. 2008).   At this time, balancing Plaintiff's interest in anonymity "against both the public interest in disclosure and any prejudice to [D]efendant[s]," the Court does not believe that it has a valid basis for anonymizing Plaintiff.  *Id.*

---

[1]    The Court notes that Plaintiff's letter makes other requests that the Court declines to address herein.  The Court addressed such requests in its July 19, 2024 Order (Dkt. #11), which Order Plaintiff had not yet received at the time his July 15, 2024 letter (Dkt. #12) was dispatched.

Accordingly, the Court hereby DENIES Plaintiff's request without prejudice to renew, should Plaintiff succeed in articulating a more detailed and compelling justification for anonymization.

The Clerk of Court is directed to terminate the pending motion at docket entry 12. The Clerk of Court is further directed to mail a copy of this Order to Plaintiff at his address of record.

SO ORDERED.

Dated: July 22, 2024
       New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge