UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MICHAEL ANTHONY ACOSTA,

                Plaintiff,

      -v.-

STEVEN M. ROSS; DAVID KATZ; LAUREN GEER; and RELATED MANAGEMENT COMPANIES,

                Defendants.

23 Civ. 10292 (KPF)

**ORDER**

---

KATHERINE POLK FAILLA, District Judge:

    The Court is in receipt of Plaintiff's letters, filed at docket entries 39 and 40. In those letters, Plaintiff expresses frustration, seemingly aimed at this Court and Defendants. The Court finds these letters to be alarming, especially as they come on the heels of correspondence to this Court indicating that Plaintiff has been making threatening calls to insurance providers associated with an insurance plan provided by Defendant Related Management Companies. None of this conduct is appropriate while the motion to dismiss is under review by this Court. (Dkt. #30). Accordingly, Plaintiff is warned that if he does not refrain from making any further threats, he will be sanctioned by this Court, with sanctions to include monetary sanctions, striking of claims, and/or dismissal of this case.

    Further, the Court DENIES Plaintiff's request to speak to chambers (Dkt. #39), as Plaintiff's letters provide no indication that a conference is necessary. Instead, they simply request relief of $10 billion dollars and 500,000 acres, and

make scattershot mention of alleged wrongs committed by Defendants and reference to a "criminal attempted murder."

The Clerk of Court is directed to mail a copy of this Order to Plaintiff at his address of record.

SO ORDERED.

Dated: July 8, 2025
       New York, New York

                                             KATHERINE POLK FAILLA
                                             United States District Judge