UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
MICHAEL ANTHONY ACOSTA,

                Plaintiff,

   -against-                                   23 **CIVIL** 10292 (KPF)

## **JUDGMENT**

STEVEN M. ROSS; DAVID KATZ; LAUREN
GEER; and RELATED MANAGEMENT
COMPANIES,

                Defendants.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated September 5, 2025, the Court GRANTS Defendants' motion to dismiss the SAC with prejudice. Accordingly, the case is closed.

**Dated:** New York, New York

      September 5, 2025

                                                          **TAMMI M. HELLWIG**

                                                           **Clerk of Court**

                          **BY:**

                                                          **Deputy Clerk**