UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MICHAEL ANTHONY ACOSTA,

                Plaintiff,

      -v.-

STEVEN M. ROSS; DAVID KATZ; LAUREN GEER; and RELATED MANAGEMENT COMPANIES,

                Defendants.

23 Civ. 10292 (KPF)

**ORDER**

---

KATHERINE POLK FAILLA, District Judge:

    On September 23, 2025, Plaintiff Michael Anthony Acosta filed an application to appeal *in forma pauperis* ("IFP Application"). (Dkt. #51). Mr. Acosta's IFP Application was filed on the same day as a deficient Notice of Appeal. (Dkt. #50).

    This Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from its September 5, 2025 order granting Defendants' motion to dismiss (Dkt. #42) would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *See Coppedge* v. *United States*, 369 U.S. 438, 444-45 (1962).

    The Clerk of Court is directed to terminate the pending motion at docket entry 51 and to mail a copy of this Order to Mr. Acosta at his address of record.

    SO ORDERED.

Dated:  September 30, 2025
           New York, New York

                                        KATHERINE POLK FAILLA
                                        United States District Judge