UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL ANTHONY ACOSTA,<br><br>                              Plaintiff,<br><br>                  -v.-<br><br>STEVEN M. ROSS; DAVID KATZ; LAUREN GEER; and RELATED MANAGEMENT COMPANIES,<br><br>                              Defendants. | 23 Civ. 10292 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

The Court has received and reviewed Plaintiff Michael Anthony Acosta's motion for an extension of time to file a notice of appeal. (Dkt. #53). The Court grants that motion and extends Mr. Acosta's time to file a notice of appeal to **November 3, 2025**.

The Court reminds Mr. Acosta that in response to his September 23, 2025 application to appeal *in forma pauperis* ("IFP Application") (Dkt. #51), which was filed on the same day as a deficient notice of appeal (Dkt. #50), the Court denied *in forma pauperis* status for the purpose of an appeal. (Dkt. #52).

Plaintiff may seek legal advice and assistance from the City Bar Justice Center ("CBJC"), which operates the SDNY Federal Pro Se Legal Assistance Project to assist self-represented parties with civil cases in this court. Attached to this Order is an informational flyer regarding their services. Plaintiff is advised that the CBJC is a private organization that is not part of the Court, and it cannot accept filings on behalf of the Court.

The Clerk of Court is directed to terminate the pending motions at docket entries 51 and 53 and to mail a copy of this Order to Mr. Acosta at his address of record.

SO ORDERED.

Dated:  October 2, 2025
        New York, New York

                                      KATHERINE POLK FAILLA
                                      United States District Judge

# FEDERAL PRO SE LEGAL ASSISTANCE PROJECT
in the Southern District of New York (SDNY)



## ABOUT THE PROJECT

The Federal Pro Se Legal Assistance Project (Fed Pro) provides limited assistance to self-represented litigants (plaintiffs and defendants) with cases involving civil legal matters in the United States District Court for the Southern District of New York (SDNY).

## HOW TO SCHEDULE AN APPOINTMENT

To schedule an appointment for assistance with City Bar Justice Center's Fed Pro project, you must first complete our online Intake Form.

- Our online Intake Form is accessible via one of these methods:
  - Scan the QR code to the right.
  - Go to bit.ly/prosesdny
- Once on the City Bar Justice Center Federal Pro Se Legal Assistance page, scroll down to "**SDNY**" and then click "**APPLY FOR HELP**" to be taken to the Intake Form.
- When the Intake Form asks: "How can we help you", please select "**Federal Court Case**" from the drop-down menu. The Fed Pro SDNY office will receive your application ONLY if you select "federal court case." If you select anything else, you will need to re-complete your application.

Once you complete the form, someone will contact you, usually within five business days, to schedule an appointment. If you are not able to complete the Intake Form, please call **(212) 382-4794,** leave a detailed message, and wait for us to call you back, typically within five business days.

## HOW WE HELP

**While we cannot provide full representation,** we can assist litigants by providing limited-scope services such as:

 **Counseling** about potential federal claims prior to filing suit

 Consulting on **discovery** matters

 **Interpreting and explaining** federal law and procedure

 Assisting with the **settlement** process (including **mediation**)

 **Reviewing drafted pleadings** and correspondence with the Court