UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MICHAEL ANTHONY ACOSTA,

                Plaintiff,

         -v.-

STEVEN M. ROSS; DAVID KATZ;
LAUREN GEER; and RELATED
MANAGEMENT COMPANIES,

                Defendants.

23 Civ. 10292 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

    The Court has received and reviewed Plaintiff Michael Anthony Acosta's rebuttal to the Court's order denying his motion for judicial recusal. (Dkt. #57). Because Mr. Acosta asks the Court to "[r]econsider its denial of Plaintiff's motion" (*id.* at 2), the Court interprets his latest filing as a motion to reconsider the Court's denial of his motion for judicial recusal.

    The Court notes that Mr. Acosta has concurrently filed two notices of appeal, the first of which challenges the Court's order granting Defendants' motion to dismiss the Second Amended Complaint with prejudice (Dkt. #55), and the second of which challenges the Court's order denying Mr. Acosta's motion for judicial recusal (Dkt. #56). "The filing of a notice of appeal is an event of jurisdictional significance — it confers jurisdiction on the court of appeals and divests the district court of its control over those aspects of the case involved in the appeal." *KB Dissolution Corp.* v. *Great Am. Opportunities, Inc.*, 705 F. Supp. 2d 326, 328 (S.D.N.Y. 2010) (quoting *Griggs* v. *Provident Consumer Disc. Co.*, 459 U.S. 56, 58 (1982)). Given that Mr. Acosta has filed a

notice of appeal challenging the Court's order denying his motion for judicial recusal, the Court lacks jurisdiction over Mr. Acosta's motion to reconsider the same order. In addition, even if the Court had jurisdiction over the motion for reconsideration, it would deny that motion because Mr. Acosta "offers no new evidence and points to no change in controlling law that would justify reconsideration" of the Cour's order. *Abraham* v. *Leigh*, No. 17 Civ. 5429 (KPF), 2020 WL 5836511, at *2 (S.D.N.Y. Oct. 1, 2020).

The Clerk of Court is directed to mail a copy of this Order to Mr. Acosta at his address of record.

SO ORDERED.

Dated:   October 6, 2025
         New York, New York

KATHERINE POLK FAILLA
United States District Judge